NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CURTIS D. FRANKLIN, SR.,             )
DOC # 621150,                        )
                                     )
              Appellant,             )
                                     )
v.                                   )        Case No. 2D17-3969
                                     )
STATE OF FLORIDA,                    )
                                     )
              Appellee.              )
_____)

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

Howard L. Dimmig, II, Public Defender, and
John C. Fisher, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

              Affirmed.

LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.